No. 9658. STATE OF MONTANA *ex* REL. MAX HARIG, GRANT A. FLAGE and ALVINA M. FLAGE, the Wife, if any, of GRANT A. FLAGE, ALVINA FLAGE, FRANCES B. FLAGE SMITH, and VERNON M. SMITH, the Husband,

(611)

if any, of FRANCES B. FLAGE SMITH, RELATORS, *v.* DISTRICT COURT of the NINTH JUDICIAL DISTRICT of the STATE OF MONTANA, in and for the COUNTY OF TOOLE, GEORGE W. PADBURY, JR., Judge Presiding, RESPONDENT.

292 Pac. (2d) 146.

Decided Jan. 23, 1956.

*Aronow and Hoyt and Cedor B. Aronow,* Shelby, for RELATORS.

Per Curiam.

Original proceeding. The writ is denied and the proceeding is ordered dismissed.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANDERSON, DAVIS, and BOTTOMLY, concur.